IN THE UNITED STATES DIST. COURT
ROANOKE, VA

CLERKS OFFICE US. DIST. COURT
AT ROANOKE, VA
FILED
JUL 21 2011
JULIA C. DUDLEY, CLERK
BY: /s/
DEPUTY CLERK

WITHAM
VS
NRVRJ
New River Valley Regional Jail
DUBLIN, VA — USA

7:11-cv-00351

[ APPOINTMENT OF A SPECIAL MASTER TO INVESTIGATE ALL VIRGINIA'S JAILS STATE WIDE ]

MOTION TO COMPEL NRVRJ
TO PROVIDE MEANINGFUL
LEGAL RESOURCES

NOW COMES JUDSON WITHAM AND ASKS THE COURT TO COMPEL NRVRJ TO UPGRADE IT'S EXTREMELY LOW QUALITY LAW RESOURCES TO INMATES AND DETAINEES, AND TO STOP BLOCKING ACCESS.

1. As a RESULT OF WITHAM'S EFFORTS TO GET ACESS TO THE JAIL'S LEGAL RESOURCES, HE REPEATEDLY FILED REQUESTS AND GRIEVANCES THE RESULT BEING, WITHAM WAS PLACED IN RETALIATORY LOCK DOWN AND ISOLATION VIOLATING THE UNIVERSAL DECLARATION OF HUMAN RIGHTS

2. The Jail Has No Printer, Copier, Legal Forms or Form Books, No Treatise, ALR, AmJur, Legal Dictionaries, Legal Encyclopedias, No Sheppards, No Manner To Supeona Witnesses, No Legal Mail System, THE LAW RESOURCES ARE FAR, FAR, FAR — WAY BELOW THE QUALITY OF JUDGES, PROSECUTORS, POLICE, JAILS AND GOVERNMENT IN GENERAL, SO LOW A MASSIVE DISPARITY EXISTS!!

3. THE "REAL EFFECT" OF THE INADEQUATE LAW RESOURCES "EVISCERATES" AND MAKES IMPOSSIBLE EVEN THE SEMBLENCE OF FAIRNESS OR EQUITY IN THE ABILITY OF DETAINEES AWAITING TRIAL OR CONVICTS THE ABILITY TO SECURE TO THEMSELVES CIVIL AND THEIR HUMAN RIGHTS. ADMINISTRATIVE REMEDIES AND LEGAL RECOURSE IS A SHAM

4. AT THE JAIL EXISTS AN INSTITUTION WIDE PRACTICE OF BLOCKING ALL REDRESS WITH FRAUD, LIES, OBSTRUCTION, RETRIBUTION, RETALIATION, MEANINGLESS ADMINISTRATIVE REDRESS, HEARINGS OR APPEALS, THE CODE OF SILENCE AND BLOCKS AND RETALIATION CONTROL EACH AND EVERY ASPECT OF DETAINEES AND INMATES RECOURSE AND REDRESS. THE REALITY AT THE JAIL IS "IT IS A BLACK HOLE AND NO DUE PROCESS OR EQUAL PROTECTION EXISTS OR IS ALLOWED."

5. THE US BILL OF RIGHTS, VA CONSTITUTION, THE UDHR INTERNATIONAL HUMAN RIGHTS LAWS ARE NOT OBSERVED AT THIS JAIL MANY MANY OF THE GUARDS AND STAFF MOCK CIVIL AND HUMAN RIGHTS, BLOCKING

The Provisions of The UDHR, Universal Declaration on Human Rights are Severe and Wide Spread throughout Virginia and it's Jails Civil Rights, Decency, Morality, and Truth at every Jucture, using Lies Deciet, Retribution, Retaliation and all manner of underhanded tactic.

6. WITHAM HAS $28.00 IN HIS COMMISSARY AND HE HAS BEEN BLOCKED FROM MAKING EVEN ONE PHONE CALL OUT TO HIS FAMILY.

7. THE JAIL HAS LOCKED OUT MORALITY DECENCY, HONESTY AND THE UDHR VA AND US BILL OF RIGHTS. INSTEAD A SHAM AND MOCKERY OF THE MOST IMPORTANT OF AMERICANS RIGHTS EXIST A FACADE, A HOLLOW EMPTY COUTERFEIT EXISTS. IN PRACTICE AND REALITY ALL SEMBLENCE OF EQUITY, EQUALITY AND JUSTICE EXISTS, NO NOT ANY AT ALL EDUCATION, VOCATION, TECHNICAL, REHAB PROGRAMS DO NOT EXIST

8. WITHAM ASKS THE COURT TO APPOINT A MASTER TO INVESTIGATTE AND FOR DECLARATORY, EQUITABLE AND MONETARY DAMAGES AND COSTS. IMEDIATE RELIEF IS REQUESTED AT THE NRVRJ.

A COMPLETE AND THOROUGH INVESTIGATION SHOULD BE CONDUCTED.

Judson Witham
6549
NRVRJ
DUBLIN, VA 24084

<u>COPY TO</u>

NRVRJ
DUBLIN, VA

Sri Judson Witham
NRVRJ P.O. Box 1007
SS-19-TRN 11-35862
Dublin, VA 24084

JHR's
Human Rights
Human Rights
Legal Mail



Clerk
US Dist Court
P.O. Box 1234
Roanoke, VA 24006

24006 1234

NRVRJ INMATE MAIL

ROANOKE VA 240
20 JUL 2011 PM 1 L

G-140

24006



USA FIRST CLASS FOREVER